**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Luis Alcaraz MEDINA, Defendant–
Appellant.**

No. 09–16036
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Aug. 5, 2010.

John Philip Fox, Adams, Hemingway & Wilson, LLP, Macon, GA, for Defendant–Appellant.

Robert David McCullers, U.S. Attorney's Office, Macon, GA, for Plaintiff–Appellee.

Before EDMONDSON, PRYOR and ANDERSON, Circuit Judges.

PER CURIAM:

John Phillip Fox, appointed counsel for Luis Alcaraz Medina, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). .Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Medina's convictions and sentences are **AFFIRMED.**